# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ESTRADA,<br><br>    Plaintiff,<br><br>v.<br><br>OLD NAVY, LLC,<br><br>    Defendant. | Case No.: 1:21-CV-4505-AT |

## NOTICE OF SETTLEMENT

  Defendant Old Navy, LLC hereby notifies the Court that the parties have reached a confidential agreement to fully resolve all matters related to this civil action and are currently working on the final details of the settlement. The parties respectfully move the Court to stay the instant case so they can finalize their settlement.

Respectfully submitted this 31st day of December, 2021.

s/ Sean K. McMahan
Sean K. McMahan
Georgia Bar No. 140861
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Direct: (214) 466-4102
Fax: (214) 466-4001
sean.mcmahan@morganlewis.com

*Counsel for Defendant Old Navy, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ESTRADA,<br><br>               Plaintiff,<br><br>v.<br><br>OLD NAVY, LLC,<br><br>               Defendant. | Case No.: 1:21-CV-4505-AT |

### CERTIFICATE OF COMPLIANCE WITH L.R. 5.1C

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1C.

                                                      *s/ Sean K. McMahan*
                                                      Sean K. McMahan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 31, 2021 a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Sean K. McMahan*
Sean K. McMahan
