IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

    Plaintiff,                                            Civil Action File No.:
                                                     1:21-cv-04505-AT

v.

OLD NAVY, LLC,
a Foreign Limited Liability Corporation,
d/b/a Old Navy,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Estrada hereby gives notice that the above-styled action is voluntarily dismissed, with prejudice, as to all claims, causes of action, and parties, with each party bearing that party's own attorney fees and costs.

Dated: March 1, 2022.

                                              Respectfully submitted,

                                              */s/ Matthew N. Pope*
                                              Matthew N. Pope
                                              GA Bar No. 584216

                                              ***Counsel for Plaintiff Michael Estrada***

MATTHEW N. POPE, P.C.
900 2nd Avenue
P.O. Box 2624
Columbus, Georgia 31902
Ph. (706) 324-2521
matt@mpopelaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** was served upon Defendant via transmission of Notices of Electronic Filings generated by CM/ECF.

Dated: March 1, 2022.

        Respectfully submitted,

        */s/ Matthew N. Pope*
        Matthew N. Pope
        GA Bar No. 584216

        ***Counsel for Plaintiff Michael Estrada***

MATTHEW N. POPE, P.C.
900 2nd Avenue
P.O. Box 2624
Columbus, Georgia 31902
Ph. (706) 324-2521
matt@mpopelaw.com